IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACOB PARKER RENOUARD,<br><br>Defendant. | CR 22-125-BLG-SPW-2<br><br>**ORDER** |

Defendant appeared before the Court on April 20, 2023, for a bond revocation hearing. Defendant waived a hearing on the alleged violations of the conditions of his pretrial release. Nevertheless, for the reasons discussed on the record, the Court found that there are conditions of release that will assure that the Defendant will not flee and or pose a danger to the safety of any other person or the community.

Therefore, Defendant shall be released pending trial under the same terms and conditions previously imposed on Defendant's Pretrial Release (Doc. 26) and the following additional conditions: (1) Defendant shall reside at the Oxford House sober living facility at Tekoa House; and (2) Defendant is restricted to home detention and must remain at the sober living facility at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or

other activities approved in advance by the pretrial services office or supervising officer.

DATED this 20th day of April, 2023.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge